## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

### INTRODUCTION

I, Desirae Maldonado, being duly sworn, hereby depose and state:

1.      I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since January 2019. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in 18 U.S.C. §§ 2251 *et. seq*. In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. I have previously been involved in criminal investigations concerning violations of federal laws. Since joining the FBI, I have received specialized training in human trafficking investigations, identifying and seizing electronic evidence, computer forensics, recovery, and social media investigations.

2.      This affidavit supports an application for a criminal complaint charging YAHMIR DESHAWN KAWANTE HAMLET with the receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

3.      The information set forth in this affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement agents. Thus, the statements in this affidavit are based in part on information provided to Special Agents ("SAs") and other employees of the FBI, as well as other investigators employed by federal or state governments. I

1

have participated in investigations involving persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the areas of child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

4.    In the course of my employment as a sworn law enforcement officer, I have participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of state and federal laws, including various sections of Title 18, United States Code, Section 2251 *et. seq.* involving child exploitation offenses.

5.    This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that YAHMIR DESHAWN KAWANTE HAMLET, has committed a violation of Title 18, United States Code, Section 2252A(a)(2).

## STATUTORY AUTHORITY

6.    This investigation concerns alleged violations of Title 18, United States Code, Section 2252A(a)(2) relating to the receipt of child pornography.

7.    Title 18, United States Code, Section 2252A(a)(2) makes it a federal criminal offense to knowingly receive or distribute any child pornography or materials that contains child

2

pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

8.     The terms "minor" and "sexually explicit conduct" are defined in 18 U.S.C §§ 2256(1) and (2). The term "minor" is defined as "any person under the age of eighteen years." The term "sexually explicit conduct" means actual or simulated:

        a.  Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

        b.  Bestiality;

        c.  Masturbation;

        d.  Sadistic or masochistic abuse; or

        e.  Lascivious exhibition of the anus, genitals or pubic area of any person.

9.     The term "computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCUMSTANCES

10.     Between March 2020 and February 2021, FBI Norfolk received multiple CyberTips from the Bedford County Sheriff's Office (BCSO). Twitter, Inc. filed numerous complaints with the National Center for Missing and Exploited Children (NCMEC) for accounts advertising and selling video files of child pornography.

3

11.    On or about November 23, 2020, CyberTip 83069863 was received by NCMEC from Twitter, Inc. Twitter, Inc. reported suspect information: telephone number +17573583920, Email address: 1mildresser@gmail.com, Screen Name: cumsluts77, uploaded one video file, which was classified as apparent child pornography. Additional information provided in the CyberTip was: "Full Name: CUMSLUTS, KIK: @ihaveteens3, Description: Selling teen links, $65 for 80 links, $45 for 50 links, $30 for 30 links. Only accept cashapp. Don't waste my time with questions." The video file is described below:

> a.    Video file: snH9qHT1T61YM5l8.mp4 – 00:00:31 in length is described as follows: a pre-pubescent female bent over in a bedroom in front of a camera. The pre-pubescent female pulls her underwear to the side and digitally masturbates herself. The video appears to be self-produced.

12.    The file was reviewed by the electronic service provider (ESP). Your affiant reviewed the video file and confirmed it depicted child pornography. In addition to the video file there was a zip file titled: cumsluts77-1236294121683333121-2020-11-23-1882298.zip.zip in the CyberTip. The ESP did not provide whether they did or did not review the zip file. The registration IP address associated with this Twitter, Inc. account is 99.203.53.219 on March 7, 2020, at 14:15:03 UTC.

13.    On or about February 23, 2021, Google LLC responded to a 2703(d) Order served to Google LLC for multiple Google email addresses, to include email address: 1mildresser@gmail.com. Google responded with the following subscriber information:

> a.    Name: babypercs RELOADED
> b.    Created on: 2020-03-25 02:37:30 UTC
> c.    Terms of Service IP: 2600:8805:500:bd3:b9b8:2afe:68a9:862d
> d.    Birthday: March 6, 1999

4

      e.  Recovery SMS: +17578691791
      f.  User Phone Numbers: +17578691791, +17575412855

14.  On or about February 23, 2021, Google LLC responded to a search warrant issued in the Eastern District of Virginia on February 19, 2021, for multiple email addresses, to include email address: 1mildresser@gmail.com. The same subscriber information listed in response to the Google 2703(d) Order mentioned in the previous paragraph was received in the search warrant results. A review of the emails contained in the search warrant results revealed multiple emails addressed to YAHMIR HAMLET.

15.  On or about March 2, 2021, multiple identifiers, to include 1mildresser@gmail.com, were requested from MEGA for any MEGA accounts associated with said identifiers. MEGA provided the following information for email address: 1mildresser@gmail.com:

      a.  Name: Nin9k MEGA
      b.  Status: Suspended
      c.  Creation Timestamp: 1588360590
          i.  According to an epoch converter, the timestamp converts to May 1, 2020 3:16:30PM GMT-04:00 DST
      d.  Last Active Timestamp: 1602082343
          i.  According to an epoch converter, the timestamp converts to October 7, 2020 10:52:23 AM GMT -04:00 DST
      e.  Active Public Links: 5
      f.  Storage:
          i.  Bytes: 18099460258
          ii.  Files: 3778
          iii.  Folders: 54

16.  On or about May 17, 2022, CyberTip 125182860 was received by NCMEC from MediaLab/Kik. In CyberTip 125182860, MediaLab/Kik reported the suspect as: email: cdcddvdcc@apl.com, Screen/User Name: ihaveteens3_zwf. MediaLab/Kik reported the suspect uploaded video file: 962b1849-53b6-4207-b38e-c80c242a08aa.mp4 on April 14, 2022, at

5

18:01:25 UTC. The file was uploaded from IP address 70.174.117.73. MediaLab/Kik provided the

following subscriber information for Screen/User Name: ihaveteens3_zwf:

      a.  First Name: do
      b.  Last Name: NOT message me if not buying.
      c.  Email: cdcddvdcc@apl.com
      d.  Username: ihaveteens3
      e.  Registration: 10/30/2019 04:12:42
      f.  IP Address 70.174.117.73 logins:
            i.  4/17/2022 10:38:35 UTC
           ii.  4/17/2022 22:49:08 UTC
          iii.  4/18/2022 04:31:00 UTC
          iv.  4/24/2022 15:00:05 UTC – 15:32:48 UTC
           v.  4/26/2022 00:23:56 UTC – 11:02:44 UTC
          vi.  5/10/2022 05:44:23 UTC
         vii.  5/11/2022 05:50:58 UTC
        viii.  5/13/2022 05:19:57 UTC – 21:18:12 UTC

17.    Your affiant reviewed the video file and determined the video file depicts a

pubescent female performing oral sex on an adult male. The pubescent female appears to be crying

in the video. It is unclear if the pubescent female is a minor.

18.    On or about July 29, 2023, Verizon responded to an administrative subpoena served

on July 11, 2023, for IP address: 70.174.117.73. The following subscriber information was

provided: Name: Enjoli Haggar; Address: 741 30th Street, Newport News, Virginia 23607; Home

Phone: 757-951-7708.

19.    On or about July 24, 2023, a 13-year-old minor female, Jane Doe 1, traveled to the

FBI Washington, Northern Virginia Resident Agency and reported she was a victim of sextortion.

Jane Doe 1 reported she communicated with "SCHUTZ" on Discord, Telegram, and Snapchat

between April 2023 and July 2023. On July 27, 2023, Jane Doe 1 was forensically interviewed by

an FBI Child/Adolescent Forensic Interviewer (CAFI) at the FBI Washington, Northern Virginia

Resident Agency office. Jane Doe 1 made several disclosures, to include reporting "SCHUTZ's" Snapchat account as "ripmercury with 3 Rs".

20.    On or about August 17, 2023, the FBI Washington, Northern Virginia Resident Agency reviewed a screenshot from Jane Doe 1's cell phone via consent that appeared to be from Snapchat. The screenshot appeared to display a list of usernames, to include "ripmerrrcury", which was described during Jane Doe 1's forensic interview on July 27, 2023.

21.    In or around August 2023, the FBI Washington, Northern Virginia Resident Agency queried FBI databases and revealed an associated FBI case in Boston, Massachusetts. On September 30, 2019, the grandmother of a 16-year-old female, Jane Doe 2, reported to Massachusetts State Police (MSP) a man requested nude photos of her granddaughter on the Kik application. On or about October 2, 2019, Jane Doe 2 was interviewed. On or around August 2023, the FBI Washington, Northern Virginia Resident Agency reviewed the recorded interview. Jane Doe 2 stated Snapchat user "ripmercury", who identified himself as "Schutz", threatened to send nude photos he obtained of Jane Doe 2 to her friends and family unless she sent him more nude photos of herself.

22.    On or about October 2, 2019, MSP investigators reviewed Jane Doe 2's cell phone via consent and identified Snapchat communications between Jane Doe 2 and Snapchat usernames "ripmercury" and "crawlyniqq". The review also identified Skype communications between Jane Doe 2 and an unknown Skype account. The unknown Skype account informed Jane Doe 2 their Snapchat username was "ripmercury".

23.    On or about October 17, 2019, a search warrant was issued by the Northern Berkshire Division of the District Court of Massachusetts for the Snapchat account associated with

7

username "ripmercury". According to Snapchat records obtained on November 18, 2019, by the MSP, Snapchat username "ripmercury" was associated with email address smhtbhfamalam@gmail.com.

24.    On or about October 17, 2019, a search warrant was issued by the Northern Berkshire Division of the District Court of Massachusetts for the Snapchat account associated with username "crawlyniqq". According to Snapchat records obtained on November 18, 2019, by MSP, Snapchat username "crawlyniqq" was associated with email address arcana377@gmail.com and had a creation IP address of 24.254.241.60.

25.    On or about October 17, 2019, a search warrant was issued by the Northern Berkshire Division of the District Court of Massachusetts for the Skype account associated with Jane Doe 2. According to Skype records obtained on November 6, 2019, by an MSP investigator, communications were discovered between Jane Doe 2 and Skype username "smhtbfamalam2". These communications contained the same messages that were discovered during the review of Jane Doe 2's phone by MSP investigators on October 2, 2019. According to Skype records, on or around September 24, 2019, Jane Doe 2 asks Skype user "smhtbfamalam2" for his email, to which he responds, "arcana377@gmail.com". Jane Doe 2 also asks for his "Snap", to which Skype user "smhtbfamalam2" responds, "ripmercury".

26.    On or about December 12, 2019, a search warrant was issued by the Northern Berkshire Division of the District Court of Massachusetts for the Google account associated with email address arcana377@gmail.com. According to Google records obtained on December 17, 2019, by an MSP investigator, the Google account with email address arcana377@gmail.com used

IP address 108.39.123.22. A search of open-source records indicated this IP address was associated with a Newport News, Virginia address.

27.    On or about January 9, 2020, Cox Communication responded to a subpoena issued by MSP for IP address: 24.254.241.60, which was the creation IP address for Snapchat username "crawlyniqq". Subpoena results revealed the subscriber of IP address 24.254.241.60 as Name: Enjoli Haggar, Address: 741 30th Street, Newport News, Virginia.

28.    On or about August 8, 2023, an FBI Analyst served an administrative subpoena to PayPal requesting subscriber information associated with email address arcana377@gmail.com. According to subpoena return records, the PayPal account associated with email address arcana377@gmail.com had a listed name of YAHMIR HAMLET and address of 741 30th Street, Newport News, Virginia.

29.    A search of CLEAR information database on September 7, 2023 (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.), HAMLET was associated with an address of 741 30th Street, Newport News, Virginia, the same address associated with the subscriber of IP Address 24.254.241.60.  HAMLET was also associated with an address of 30 Kings Way, Suite 104, Hampton, Virginia.

30.    On or about April 19, 2023, an FBI Special Agent served an administrative subpoena to ProActive Real Estate. According to subpoena return records, HAMLET was listed as a tenant of 30 Kings Way, Apartment 104, Hampton, Virginia, beginning on August 1, 2022, and ending on July 31, 2023. The records listed email address: 1mildresser@gmail.com and telephone number: 757-782-7772 for HAMLET.

31.    According to a law enforcement database, HAMLET was also associated with an

address of the 344 Michigan Drive, Hampton, Virginia. The address is part of an apartment complex known as Asbury Place Townhome Apartments.

32.    On August 7, 2023, and November 15, 2023, an FBI Agent served an administrative subpoena to Asbury Place Townhome Apartments. According to subpoena return records, HAMLET was listed as the resident of 344 Michigan Drive, Hampton, Virginia. The records listed the following information: Yahmir Hamlet; DOB: 4/3/2001; Email: 1mildresser@gmail.com; previous address: 30 Kings Way, #104, Hampton, Virginia; Phone: 757-782-7772; Employer: Food Lion, 3855 Kecoughtan Road, Hampton, Virginia.

33.    On December 6, 2023, a search warrant, issued in the United States District Court for the Eastern District of Virginia on December 5, 2023, was executed at 344 Michigan Drive, Hampton, Virginia. Approximately seven (7) items of evidence were recovered and seized. HAMLET WAS PRESENT AND WAS THE LESSEE FOR 344 MICHIGAN DRIVE. *(handwritten annotation: RM DJH)*

34.    A review of the seized electronic devices revealed multiple images and videos of child pornography. One of the files located on an Apple iPhone 11, Apple ID: ppanorama@icloud.com; MSISDN: +17579554096; MSISDN: +17577827772, is described as follows:

> a.  File    name:    telegram-cloud-photo-size-1-5123357412865190554-y;
> received: 11/3/2022 5:30:15 AM(UTC+0); Description: The image depicts
> a screenshot of multiple thumbnail images containing sexually exploited
> infants and toddlers. The majority of the thumbnails appear to be thumbnail
> images for videos. The screenshot has the words "rapE stars" at the top of
> the image. One of the thumbnails in the screenshot image depicts an infant
> lying on a bed with an adult penis covering its' face. The thumbnail image

10

has the numbers "0:14" at the bottom of the photo, indicating it is most likely a video 14 seconds in length.

35.    The review of the seized electronic devices also revealed multiple email addresses linked on the devices, to include emails addresses: 1mildresser@gmail.com and arcana337@gmail.com. The devices also included multiple chats, to include Telegram chats, MEGA links, Dropbox links, and CashApp transactions.

## CONCLUSION

36.    Based upon the facts set forth above, I submit that probable cause exists to believe

YAHMIR DESHAWN KAWANTE HAMLET, has violated Title 18, United States Code, Section

2252A(a)(2).  Title 18, United States Code, Section 2252A(a)(2) makes it a federal criminal

offense to knowingly receive or distribute any child pornography or materials that contains child

pornography that has been mailed, or using any means or facility of interstate or foreign commerce

shipped or transported in or affecting interstate or foreign commerce by any means, including by

computer.

FURTHER YOUR AFFIANT SAYETH NOT.


Desirae E. Maldonado
Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation


This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Peter
G. Osyf.

Reviewed:

Peter G. Osyf
Assistant United States Attorney


Subscribed and sworn to before me this 30th day of April 2025, in the City of Norfolk, Virginia.


The Honorable Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE

12